[No. 28769-9-I.   Division One.   December 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD C. CHADDERDON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00298-8, Stuart C. French, J., entered July 10, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis, A.C.J., and Grosse, J.

[No. 28969-1-I.   Division One.   December 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID PAUL BOLTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-06709-9, Bobbe J. Bridge, J., entered September 16, 1991. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Forrest and Baker, JJ.

[No. 28334-1-I.   Division One.   December 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK ALLEN EGNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-00848-3, Norma Smith Huggins, J., entered May 1, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Pekelis, A.C.J., and Scholfield, J.